|   |   |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA :     Plaintiff(s)   -vs-   USA CONTAINER CO., INC.   Defendant(s) | UNITED STATES DISTRICT COURT   DISTRICT OF NEW JERSEY   Hon. Jose L. Linares Civil Action No. 09-1612   (JLL)   ORDER ON ORAL MOTION SCHEDULING CONFERENCE |

**THIS MATTER** having been brought before the Court for a conference on February 8, 2010; and for good cause shown:

**IT IS** on this 4th day of March, 2010

**ORDERED THAT:**

1. Fact discovery shall close on **May 10, 2010.**

2. Affirmative expert reports shall be submitted by **June 10, 2010.**

3. Responding expert reports shall be submitted by **July 10, 2010.**

4. Expert discovery shall be completed by **August 10, 2010.**

5. There shall be a telephone status/settlement conference before the Undersigned on **June 3, 2010 at 10:30 a.m.**   Plaintiff shall initiate the telephone call.  By **May 26, 2010**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

                                          *s/ Claire C. Cecchi*
                                          **HON. CLAIRE C. CECCHI**
                                          **United States Magistrate Judge**

Clerk of the Court
File